| **United States Bankruptcy Court**<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Commercial Roofing Concepts, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**51-0443014** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5316 E. Henry Avenue**<br>**Tampa, FL**<br>ZIP Code **33610** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Commercial Roofing Concepts, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Commercial Roofing Concepts, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Sheila D. Norman**
Signature of Attorney for Debtor(s)

**Sheila D. Norman 849642**
Printed Name of Attorney for Debtor(s)

**Norman and Bullington, P.A.**
Firm Name

**1905 W. Kennedy Boulevard**
**Tampa, FL 33606**

_____
Address

**Email: sheila@normanandbullington.com**
**813-251-6666**
Telephone Number

**May 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Paul A. Murphy, Jr.**
Signature of Authorized Individual

**Paul A. Murphy, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 21, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re  **Commercial Roofing Concepts, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Absolute Fire Sprinklers of Orlando**<br>P O Box 540451<br>Orlando, FL 32854 | **Absolute Fire Sprinklers of Orlando**<br>P O Box 540451<br>Orlando, FL 32854 | | **Disputed** | **7,300.00** |
| **Arbon Equipment Corporation**<br>6702 Benjamin Road, Ste. 500<br>Tampa, FL 33634 | **Arbon Equipment Corporation**<br>6702 Benjamin Road, Ste. 500<br>Tampa, FL 33634 | | **Disputed** | **31,342.50** |
| **Bartow Ford**<br>PO Box 1700<br>Bartow, FL 33831 | **Bartow Ford**<br>PO Box 1700<br>Bartow, FL 33831 | | **Disputed** | **9,022.31** |
| **Bradco Supply - Tampa**<br>PO Box 281328<br>Atlanta, GA 30384 | **Bradco Supply - Tampa**<br>PO Box 281328<br>Atlanta, GA 30384 | | **Disputed** | **13,376.75** |
| **Campbell Stainless Products**<br>PO Box 248<br>Washington, PA 15301 | **Campbell Stainless Products**<br>PO Box 248<br>Washington, PA 15301 | | **Disputed** | **33,000.00** |
| **Colonial Bank**<br>PO Box 830737<br>Birmingham, AL 35202 | **Colonial Bank**<br>PO Box 830737<br>Birmingham, AL 35202 | **?Truck?** | | **8,245.73** |
| **Durolast Roofing, Inc.**<br>1942 Reliable Parkway<br>Chicago, IL 60686 | **Durolast Roofing, Inc.**<br>1942 Reliable Parkway<br>Chicago, IL 60686 | | **Disputed** | **33,298.77** |
| **Ford Credit**<br>PO Box 105697<br>Atlanta, GA 30348 | **Ford Credit**<br>PO Box 105697<br>Atlanta, GA 30348 | **2008 Ford Truck F-350** | | **49,387.71**<br><br>**(40,245.00 secured)** |
| **GC Stanley, Inc.**<br>310 Executive Boulevard<br>Leesburg, FL 34748 | **GC Stanley, Inc.**<br>310 Executive Boulevard<br>Leesburg, FL 34748 | | **Disputed** | **18,045.55** |
| **GMAC**<br>PO Box 9001948<br>Louisville, KY 40290 | **GMAC**<br>PO Box 9001948<br>Louisville, KY 40290 | **2007 Chevrolet Silverado** | | **32,515.71**<br><br>**(23,020.00 secured)** |

In re  **Commercial Roofing Concepts, Inc.**                       Case No. _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Great America Leasing Corp**<br>**PO Box 609**<br>**Cedar Rapids, IA 52406** | **Great America Leasing Corp**<br>**PO Box 609**<br>**Cedar Rapids, IA 52406** | **American Contractor Software package, attachments and products.** | | **13,000.00**<br><br>**(0.00 secured)** |
| **Land Rover Capital Group**<br>**Dept. 193901**<br>**PO Box 55000**<br>**Detroit, MI 48255** | **Land Rover Capital Group**<br>**Dept. 193901**<br>**PO Box 55000**<br>**Detroit, MI 48255** | **2010 Land Rover LR4** | | **67,265.68**<br><br>**(40,000.00 secured)** |
| **Mills Paskert Divers**<br>**Attorneys at Law**<br>**100 N. Tampa Street**<br>**Suite 2010**<br>**Tampa, FL 33602** | **Mills Paskert Divers**<br>**Attorneys at Law**<br>**100 N. Tampa Street**<br>**Suite 2010**<br>**Tampa, FL 33602** | | | **13,871.35** |
| **OMS Employer Services, LLC**<br>**PO Box 2**<br>**Lakeland, FL 33802** | **OMS Employer Services, LLC**<br>**PO Box 2**<br>**Lakeland, FL 33802** | | **Disputed** | **14,897.10** |
| **OMS Staff Solutions**<br>**PO Box 2**<br>**Lakeland, FL 33802** | **OMS Staff Solutions**<br>**PO Box 2**<br>**Lakeland, FL 33802** | | **Disputed** | **20,541.20** |
| **Phoenix Sales, Inc.**<br>**1801 N. 52nd St.**<br>**Tampa, FL 33619** | **Phoenix Sales, Inc.**<br>**1801 N. 52nd St.**<br>**Tampa, FL 33619** | | **Unliquidated** | **119,408.17** |
| **Refigeration Construction Se**<br>**422 Hobbs Street**<br>**Tampa, FL 33619** | **Refigeration Construction Se**<br>**422 Hobbs Street**<br>**Tampa, FL 33619** | | **Disputed** | **90,321.39** |
| **Rightclick of Brandon**<br>**4317 Arley Place**<br>**Valrico, FL 33594** | **Rightclick of Brandon**<br>**4317 Arley Place**<br>**Valrico, FL 33594** | | **Disputed** | **11,287.52** |
| **SikaSarnafil**<br>**3483 Satellite Blvd.**<br>**Suite 315S**<br>**Duluth, GA 30096** | **SikaSarnafil**<br>**3483 Satellite Blvd.**<br>**Suite 315S**<br>**Duluth, GA 30096** | | | **14,475.98** |
| **Water-Tite Solutions, Inc.**<br>**224 Crystal Grove Blvd.**<br>**Lutz, FL 33548** | **Water-Tite Solutions, Inc.**<br>**224 Crystal Grove Blvd.**<br>**Lutz, FL 33548** | | **Disputed** | **11,850.00** |

In re  **Commercial Roofing Concepts, Inc.**                           Case No.  _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 21, 2010**  _____      Signature    **/s/ Paul A. Murphy, Jr.**_____

                                                        **Paul A. Murphy, Jr.**

                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Commercial Roofing Concepts, Inc.**

Case No. _____

_____,
                              Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 424,703.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 291,664.36 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 11,130.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 531,373.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 424,703.00 | | |
| Total Liabilities | | | | 834,168.72 | |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Commercial Roofing Concepts, Inc.**

Debtor

Case No. _____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Commercial Roofing Concepts, Inc.**                  ,      Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re     **Commercial Roofing Concepts, Inc.**                 ,     Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **petty cash** | **-** | **90.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account located at BB&T** | **-** | **3,000.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit with Florida Power and Light** | **-** | **1,700.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **4,790.00**
(Total of this page)

   __4__ continuation sheets attached to the Schedule of Personal Property

In re    **Commercial Roofing Concepts, Inc.**           ,    Case No. _____

                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivables (face value $237,917.09)** | - | 118,958.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                            Sub-Total >     **118,958.00**
                                   (Total of this page)

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

In re    **Commercial Roofing Concepts, Inc.**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 S-DTY F-250 | - | 28,115.00 |
| | | 2007 Avalanche LT | - | 20,080.00 |
| | | 2010 Land Rover LR4 | - | 40,000.00 |
| | | 2003 Isuzu NPR (Boxtruck) | - | 0.00 |
| | | 2006 Ford F-250 | - | 11,440.00 |
| | | 2006 Ford F-250 | - | 20,300.00 |
| | | 2007 Chevrolet Silverado | - | 23,020.00 |
| | | 2008 Ford Truck F-350 | - | 40,245.00 |
| | | 2008 F-150 Supercrew | - | 17,890.00 |
| | | 2008 Ford F-150 | - | 23,865.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >        224,955.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re    **Commercial Roofing Concepts, Inc.**              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | 6 digital cameras, nextel phones, security system, conference table, 2 desks, warehouse shelving, file cabinets, office chairs, entertainment center, desk and return, stand up work station, printer, 5 desktop computers, 6 laptop computers, wireless computer equipment, hard drive, seagate drive, 2 servers, miscellaneous computer equipment, HP Photosmart printer, digital video camera, color printer, phone system, copier, dvd player, security digital recorder, LCD projector, ice maker and miscellaneous office furniture. | - | 6,000.00 |
| | | American Contractor Software package, attachments and products. | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | ladder, ladder & strap, pressure washer, blower, sprayer, blower, grip pulls, kettle, rotary planner, electric generator, electric generator, gas generator, pressure washer, burner kettle, 4 wheel roof cart, roof coil nailer, Dewalt 18v combo kit, Dewalt v clutch, 1/2 in. impact wrench, a/c, Tennsmith shear, 5 - 30yd dumpsters, dump trailer, metal wholesale table, Fume Machine, Versalift, 30 gallon patch kettle, aluminum felt layer, roof warrior, 9 hp Honda engine, compressor, 2 generators, Bosch rotary hammer, torch, pitch drum, compressor, 2000 power unit, power buggy, Honda Power King, 3 wheel cart, Red Dragon Torch Burr, Garlock Ultra Cutter, Roofing equipment, shop equipment, crane/boom, 6000 watt generator, power broom | - | 25,000.00 |
| | | Tennsmith LM1014 10' 14ga Shear w/front performance package, work light and material cart , Tennsmith 16ga 10' Handbrake, Tennsmith U4816 Universal Box & Pan Brake, Lockformer 20ga Pittsburg w/double seam rolls | - | 20,000.00 |
| | | Versa Lift 99' | - | 25,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >      **76,000.00**

(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    **Commercial Roofing Concepts, Inc.**               ,      Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **424,703.00** |

Sheet  __4__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Commercial Roofing Concepts, Inc.**             Case No. _____

                                      **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Agreement | | | | | |
| **Colonial Bank**<br>**PO Box 830737**<br>**Birmingham, AL 35202** | X | - | **2006 Ford F-250** | | | | | |
| | | | Value $      **11,440.00** | | | | **8,498.90** | **0.00** |
| Account No. | | | Security Agreement | | | | | |
| **Ford Credit**<br>**PO Box 105697**<br>**Atlanta, GA 30348** | | - | **2008 S-DTY F-250** | | | | | |
| | | | Value $      **28,115.00** | | | | **25,186.64** | **0.00** |
| Account No. | | | Security Agreement | | | | | |
| **Ford Credit**<br>**PO Box 105697**<br>**Atlanta, GA 30348** | | - | **2006 Ford F-250** | | | | | |
| | | | Value $      **20,300.00** | | | | **13,340.97** | **0.00** |
| Account No. | | | Security Agreement | | | | | |
| **Ford Credit**<br>**PO Box 105697**<br>**Atlanta, GA 30348** | X | - | **2008 Ford Truck F-350** | | | | | |
| | | | Value $      **40,245.00** | | | | **49,387.71** | **9,142.71** |
|   **2**   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **96,414.22** | **9,142.71** |

In re **Commercial Roofing Concepts, Inc.** ,          Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Ford Credit** PO Box 105697 Atlanta, GA 30348 | - | | Security Agreement **2008 F-150 Supercrew** Value $ 17,890.00 | | | | 22,931.84 | 5,041.84 |
| Account No. **Ford Credit** PO Box 105697 Atlanta, GA 30348 | - | | Security Agreement **2008 Ford F-150** Value $ 23,865.00 | | | | 25,531.33 | 1,666.33 |
| Account No. **GMAC** PO Box 9001948 Louisville, KY 40290 | - | | Security Agreement **2007 Avalanche LT** Value $ 20,080.00 | | | | 25,014.90 | 4,934.90 |
| Account No. **GMAC** PO Box 9001948 Louisville, KY 40290 | - | | Security Agreement **2003 Isuzu NPR (Boxtruck)** Value $ 0.00 | | | | 1,990.68 | 1,990.68 |
| Account No. **GMAC** PO Box 9001948 Louisville, KY 40290 | - | | Security Agreement **2007 Chevrolet Silverado** Value $ 23,020.00 | | | | 32,515.71 | 9,495.71 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          107,984.46          23,129.46

In re **Commercial Roofing Concepts, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. | | | | | UCC -1 | | | | | |
| **Great America Leasing Corp** **PO Box 609** **Cedar Rapids, IA 52406** | - | | | | **American Contractor Software package, attachments and products.** | | | | | |
| | | | | | Value $          0.00 | | | | 13,000.00 | 13,000.00 |
| Account No. | | | | | **2010 Land Rover LR4** | | | | | |
| **Land Rover Capital Group** **Dept. 193901** **PO Box 55000** **Detroit, MI 48255** | - | | | | | | | | | |
| | | | | | Value $       40,000.00 | | | | 67,265.68 | 27,265.68 |
| Account No. | | | | | UCC -1 **Tennsmith LM1014 10' 14ga Shear w/front performance package, work light and material cart , Tennsmith 16ga 10' Handbrake, Tennsmith U4816 Universal Box & Pan Brake, Lockformer 20ga Pittsburg w/double seam rolls** | | | | | |
| **N.B. Handy Company** **PO Box 11258** **Lynchburg, VA 24506** | - | | | | | | | | | |
| | | | | | Value $       20,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | UCC -1 | | | | | |
| **National City Commercial Cap** **995 Dalton Avenue** **Cincinnati, OH 45203** | - | | | | **Versa Lift 99'** | | | | | |
| | | | | | Value $       25,000.00 | | | | 7,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 87,265.68 | 40,265.68 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 291,664.36 | 72,537.85 |

In re    **Commercial Roofing Concepts, Inc.** _____,    Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____  continuation sheets attached

In re   **Commercial Roofing Concepts, Inc.**                  ,      Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Doug Belden Tax Collector 601 E. Kennedy Blvd Tampa, FL 33602** | - | | | | | | | 0.00 | |
| | | | | | | | 6,143.95 | 6,143.95 | |
| Account No. | | | | | | | | | |
| **Doug Belden Tax Collector 601 E. Kennedy Blvd Tampa, FL 33602** | - | | | | | | | 0.00 | |
| | | | | | | | 4,986.85 | 4,986.85 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 11,130.80 | 11,130.80 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 11,130.80 | 11,130.80 |

In re **Commercial Roofing Concepts, Inc.**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | |
| | | | J | C | | | | | |
| Account No. <br><br> **A-1 Fasteners, Inc.** <br> **1902 43rd Street North** <br> **Tampa, FL 33605** | | - | | | | | | | 41.53 |
| Account No. **00160800** <br><br> **ABC Supply Company, Inc.** <br> **3801 Corporex Park Dr.** <br> **Suite 115** <br> **Tampa, FL 33619** | | - | | | | | | | 5,849.55 |
| Account No. <br><br> **Absolute Fire Sprinklers of Orlando** <br> **P O Box 540451** <br> **Orlando, FL 32854** | | - | | | | | | X | 7,300.00 |
| Account No. **12732** <br><br> **Action Bolt and Tool Co** <br> **PO Box 10864** <br> **West Palm Beach, FL 33419** | | - | | | | | | X | 2,596.01 |

__19__ continuation sheets attached

Subtotal <br> (Total of this page) — 15,787.09

In re __Commercial Roofing Concepts, Inc._____ ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **01200 131524397** <br><br> **ADT Security** <br> **PO Box 371967** <br> **Pittsburgh, PA 15250** | - | | | | | | X | 1,674.78 |
| Account No. <br><br> **American Roofing Ent. Inc.** <br> **21521 SW 99th Ct.** <br> **Miami, FL 33189** | - | | | | | | X | 0.00 |
| Account No. <br><br> **Arbon Equipment Corporation** <br> **6702 Benjamin Road, Ste. 500** <br> **Tampa, FL 33634** | - | | | | | | X | 31,342.50 |
| Account No. <br><br> **Ashe Glass & Mirror, Inc.** <br> **c/o Michael A. Hanson, Esq** <br> **2501 N. Orient Road, Ste. D** <br> **Tampa, FL 33619** | - | | | | | | X | Unknown |
| Account No. **09-151** <br><br> **Associates Agency, Inc.** <br> **PO Box 16190** <br> **Tampa, FL 33687** | - | | | | | | | 1,353.13 |

Sheet no. __1___ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **34,370.41**

In re **Commercial Roofing Concepts, Inc.** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **954 979-4918 001 1800** | | | | | | | | |
| **AT & T** **PO Box 105262** **Atlanta, GA 30348** | - | | | | | | X | 392.48 |
| Account No. **152809** | | | | | | | | |
| **Bartow Ford** **PO Box 1700** **Bartow, FL 33831** | - | | | | | | X | 9,022.31 |
| Account No. | | | | | | | | |
| **Beach Lake Fire Protection** **19094 Treverton Lane** **Brooksville, FL 34604** | - | | | | | | | 320.00 |
| Account No. **176803** | | | | | | | | |
| **Bradco Supply - Tampa** **PO Box 281328** **Atlanta, GA 30384** | - | | | | | | X | 13,376.75 |
| Account No. | | | | | | | | |
| **Robert E. Burguieres, Esq.** **1701 ML King Street North** **Saint Petersburg, FL 33704** | | | | Representing: **Bradco Supply - Tampa** | | | | **Notice Only** |

Sheet no. __**2**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **23,111.54**

In re  **Commercial Roofing Concepts, Inc.**                                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3311** <br><br> **Bridgestone Firestone Diversified Product PO Box 730096 Dallas, TX 75373** | - | | | | | | | 5,329.03 |
| Account No. <br><br> **Broadway New & Used Tires 5804 E. Broadway Ave Tampa, FL 33619** | - | | | | | | | 316.18 |
| Account No. <br><br> **Broward County Tax Collector PO Box 29009 Fort Lauderdale, FL 33301** | - | | | | | | | 835.15 |
| Account No. <br><br> **Campbell Stainless Products PO Box 248 Washington, PA 15301** | - | | | | | | X | 33,000.00 |
| Account No. <br><br> **Central Florida Finishers 735 Duncan Avenue Kissimmee, FL 34744** | - | | | | | | | 794.58 |

Sheet no. __3__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     40,274.94

In re  **Commercial Roofing Concepts, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Choice Enviornmental POB xo 21626 Fort Lauderdale, FL 33335 | - | | | | | | 495.00 |
| Account No. | | | | | | | |
| Chris's Portable Toilets PO Box 3389 Riverview, FL 33568 | - | | | | | | 160.50 |
| Account No. 00008036946070 | | | ?Truck? | | | | |
| Colonial Bank PO Box 830737 Birmingham, AL 35202 | - | | | | | | 8,245.73 |
| Account No. | | | | | | | |
| Concepts Building Systems 10423 SW 120th St. Miami, FL 33176 | - | | | | | X | 4,260.75 |
| Account No. | | | | | | | |
| County Line Auto Repair 4850 N. Powerline Road Pompano Beach, FL 33073 | - | | | | | X | 143.04 |

Sheet no. __4__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,305.02

In re   **Commercial Roofing Concepts, Inc.**
_____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Dave & Son's Refrigeration & A/C Services** **9601 N. Willow Ave** **Tampa, FL 33612** | - | | | | | | X | 535.54 |
| Account No. | | | | | | | | |
| **Days Inn-Crystal River** **2380 NW Highway 19** **Crystal River, FL 34428** | - | | | | | | X | 824.04 |
| Account No. | | | | | | | | |
| **Dell Financial Services** **PO Box 5292** **Carol Stream, IL 60197** | - | | | | | | | 390.87 |
| Account No. | | | | | | | | |
| **Direct Fasteners & Tools** **2083-2 N. Powerline Road** **Pompano Beach, FL 33069** | - | | | | | | | 96.34 |
| Account No. | | | | | | | | |
| **Doctor's Walk in Clinic** **PO Box 22997** **Tampa, FL 33622** | - | | | | | | | 110.00 |

Sheet no. **5** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,956.79**

In re  **Commercial Roofing Concepts, Inc.**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Dumpster King, Inc. 770 NW 10th Terrace Stuart, FL 34994 | - | | | | | | | 3,075.00 |
| Account No. | | | | | | | | |
| Dunn Painting Corporation 9204 31st Street Court E Parrish, FL 34219 | | | | | | | | 925.00 |
| Account No. | | | | | | | | |
| Durolast Roofing, Inc. 1942 Reliable Parkway Chicago, IL 60686 | - | | | | | | X | 33,298.77 |
| Account No. | | | | | | | | |
| EEI Security PO Box 17849 Tampa, FL 33682 | - | | | | | | | 141.62 |
| Account No. | | | | | | | | |
| Emerge 180 2805 W. Busch Blvd Suite 225 Tampa, FL 33618 | - | | | | | | | 2,000.00 |

Sheet no. __6__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    39,440.39

In re     **Commercial Roofing Concepts, Inc.**                   ,     Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **2665-0324-5** | | | | | | | | |
| **Fed Ex** **PO Box 660481** **Dallas, TX 75266** | - | | | | | | | 220.37 |
| Account No. **100675** | | | | | | | | |
| **Ferman Chevrolet** **9751 Adamo Drive** **Tampa, FL 33619** | - | | | | | | | 244.48 |
| Account No. **948** | | | | | | | | |
| **Frank H. Furman, Inc.** **PO Box 1927** **Pompano Beach, FL 33061** | - | | | | | | | 1,296.57 |
| Account No. | | | | | | | | |
| **GC Stanley, Inc.** **310 Executive Boulevard** **Leesburg, FL 34748** | - | | | | | | X | 18,045.55 |
| Account No. **29200230** | | | | | | | | |
| **GCR Tampa Tire Center** **6310 Adamo Drive** **Tampa, FL 33619** | - | | | | | | | 231.28 |

Sheet no. __**7**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal (Total of this page)      20,038.25

In re   **Commercial Roofing Concepts, Inc.** _____ ,   Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Graybar** <br>**4010 W. Osborne Ave.** <br>**PO Box 3210** <br>**Tampa, FL 33601** | - | | | | | | | 385.18 |
| Account No. **55648** <br><br>**Gulfeagle Supply** <br>**PO Box 116466** <br>**Atlanta, GA 30368** | - | | | | | | X | 1,185.64 |
| Account No. **070500** <br><br>**Heritage Propane Hillsboro** <br>**5307 E. Hanna Ave.** <br>**Tampa, FL 33610** | - | | | | | | | 388.27 |
| Account No. **5026** <br><br>**Hewitt Enviornmental Systems** <br>**PO Box 490697** <br>**Leesburg, FL 34749** | - | | | | | | X | 0.00 |
| Account No. <br><br>**Hillsborough Co Fire Marshal** <br>**PO Box 310398** <br>**Tampa, FL 33680** | - | | | | | | | 68.00 |

| | | |
|---|---|---|
| Sheet no. __8__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,027.09 |

In re **Commercial Roofing Concepts, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6035 3225 3334 6502** <br><br> **Home Depot Credit Svs. Dept** <br> **PO Box 9055** <br> **Des Moines, IA 50368** | | - | | credit card | | | | 700.78 |
| Account No. <br><br> **James R. Betts, Esquire** <br> **710 S. Boulevard** <br> **Tampa, FL 33606** | | - | | | | | X | 300.00 |
| Account No. <br><br> **Jan-Pro of Tampa Bay** <br> **6302 E. MLK, Jr. Blvd.** <br> **Suite 490** <br> **Tampa, FL 33619** | | - | | | | | X | 561.75 |
| Account No. <br><br> **John Hancock Life Ins.** <br> **PO Box 0573** <br> **Carol Stream, IL 60132** | | - | | | | | | 84.00 |
| Account No. **893770** <br><br> **Konica Minolta Bus. Sol.** <br> **Dept. AT 952823** <br> **Atlanta, GA 31192** | | - | | | | | | 388.10 |

Sheet no. \_\_**9**\_\_ of \_\_**19**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  2,034.63

In re **Commercial Roofing Concepts, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Leonard D. Marsocci, CPA<br>3815 W. Humphrey St<br>Ste. 101<br>Tampa, FL 33614 | - | | | | | | 2,500.00 |
| Account No. | | | | | | | |
| Lincoln Welding & Fabricatio<br>19114 Forest Dr.<br>Odessa, FL 33556 | - | | | | | | 4,703.86 |
| Account No. | | | | | | | |
| Marion Garage Doors<br>1734 N. Magnolia Avenue<br>Ocala, FL 34475 | - | | | | | | 300.00 |
| Account No. | | | | | | | |
| Mike Jones Printing<br>4692 N. Powerline Rd<br>Pompano Beach, FL 33073 | - | | | | | | 41.34 |
| Account No. | | | | | | | |
| Mills Paskert Divers<br>Attorneys at Law<br>100 N. Tampa Street<br>Suite 2010<br>Tampa, FL 33602 | - | | | | | | 13,871.35 |

Sheet no. __10__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 21,416.55

In re **Commercial Roofing Concepts, Inc.** _____ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mixon, Inc.<br>10118 Woodberry Rd<br>Tampa, FL 33619 | - | | | | | | | 986.11 |
| Account No. | | | | | | | | |
| Modern Paints of Tampa, Inc.<br>5324 Kelly Road<br>Tampa, FL 33615 | - | | | | | | | 205.42 |
| Account No. | | | | | | | | |
| National Cleaning Systems<br>PO Box 9562<br>Fort Lauderdale, FL 33310 | - | | | | | | | 487.60 |
| Account No. | | | | | | | | |
| NB Handy<br>PO Box 601357<br>Charlotte, NC 28260 | - | | | | | | X | 0.00 |
| Account No. 04566 | | | | | | | | |
| NGI Digital - Tampa<br>5005 W. Laurel<br>Suite 216<br>Tampa, FL 33607 | - | | | | | | | 337.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,016.13

In re **Commercial Roofing Concepts, Inc.** _____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **COMRO-1-1001** | | | | | | | | | |
| Nielson & Company, Inc. 8000 Governors Sq. Blvd. #101 Hialeah, FL 33016 | - | | | | | | | | 101.00 |
| Account No. **COM0026** | | | | | | | | | |
| Oaklander Primary Med Assoc 311 S. Cypress Road Pompano Beach, FL 33060 | - | | | | | | | | 135.00 |
| Account No. | | | | | | | | | |
| OMS Employer Services, LLC PO Box 2 Lakeland, FL 33802 | - | | | | | | | X | 14,897.10 |
| Account No. **CRC** | | | | | | | | | |
| OMS Staff Solutions PO Box 2 Lakeland, FL 33802 | - | | | | | | | X | 20,541.20 |
| Account No. **2035** | | | | | | | | | |
| Paragon Developement Group PO Box 1328 Plant City, FL 33564 | - | | | | | | | | 183.68 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  |  35,857.98

In re  **Commercial Roofing Concepts, Inc.**                       ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Performance Roof Systems, In** **Attn:  Barb Kunkel** **4800 Blue Parkway** **Kansas City, MO 64130** | - | | | | | | X | 2,540.00 |
| Account No. | | | | | | | | |
| **Phoenix Sales, Inc.** **1801 N. 52nd St.** **Tampa, FL 33619** | - | | | | | X | | 119,408.17 |
| Account No. 1020413 | | | | | | | | |
| **PSI, Inc.** **16707 Collections Center Dr** **Chicago, IL 60693** | - | | | | | | | 750.00 |
| Account No. 8000-9090-0312-0768 | | | | | | | | |
| **Purchase Power** **PO Box 856042** **Louisville, KY 40285** | - | | | | | | | 136.90 |
| Account No. | | | | | | | | |
| **Rag Man** **PO Box 4743** **Tampa, FL 33677** | - | | | | | | | 321.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **123,156.07**

In re **Commercial Roofing Concepts, Inc.** ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Refigeration Construction Se** <br> **422 Hobbs Street** <br> **Tampa, FL 33619** | - | | | | | X | 90,321.39 |
| Account No. **6029271** <br><br> **Republic Powered Metals** <br> **PO Box 931111** <br> **Cleveland, OH 44193** | - | | | | | | 1,153.80 |
| Account No. <br><br> **Republic Waste Services** <br> **5210 W. Linebaugh Ave** <br> **Tampa, FL 33624** | - | | | | | | 819.51 |
| Account No. <br><br> **Rightclick of Brandon** <br> **4317 Arley Place** <br> **Valrico, FL 33594** | - | | | | | X | 11,287.52 |
| Account No. **00833** <br><br> **Ross Plumbing** <br> **930 Thomas Ave** <br> **Suite 1** <br> **Leesburg, FL 34748** | - | | | | | | 2,018.66 |

Sheet no. __14__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          105,600.88

In re **Commercial Roofing Concepts, Inc.** _____,    Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sams Club** **PO Box 9001907** **Louisville, KY 40290** | - | | | | | | 35.00 |
| Account No. | | | | | | | |
| **SikaSarnafil** **3483 Satellite Blvd.** **Suite 315S** **Duluth, GA 30096** | - | | | | | | 14,475.98 |
| Account No. | | | | | | | |
| **SoFla Voice and Data, Inc.** **950 S. Pine Island Road** **Fort Lauderdale, FL 33324** | - | | | | | X | 746.00 |
| Account No. | | | **2003 Terex BT4792 Crane mounted on 2003 Sterline LT7501 Chassis** | | | | |
| **Sovereign Bank** **2 Morrissey Boulevard** **Boston, MA 02125** | - | | | | | X | 0.00 |
| Account No. **520071325** | | | | | | | |
| **Sprint** **PO Box 4181** **Carol Stream, IL 60197** | - | | | | | | 1,437.87 |

Sheet no. __15__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **16,694.85**

In re **Commercial Roofing Concepts, Inc.**                           Case No. _____
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Stan Weaver & Co. <br> 4607 N. Cortez Ave. <br> Tampa, FL 33614 | - | | | | | | 6,929.44 |
| Account No. 6035 5178 1976 8820 <br><br> Staples <br> PO Box 689020 <br> Des Moines, IA 50368 | - | | | | | | 117.09 |
| Account No. 033061210 <br><br> Sun-Sentinel <br> PO Box 100621 <br> Atlanta, GA 30384 | - | | | | | | 299.00 |
| Account No. <br><br> Suncoast Roofers Supply <br> 14212 N. Nebraska Ave <br> Tampa, FL 33613 | - | | | | | | 432.36 |
| Account No. <br><br> Tamco Electric, Inc. <br> PO Box 15044 <br> Tampa, FL 33684 | - | | | | | | 615.60 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          8,393.49

In re  **Commercial Roofing Concepts, Inc.**                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **19302591** | | | | | | | | | |
| **Tire Kingdom** **PO Box 406010** **Atlanta, GA 30384** | - | | | | | | | | 51.55 |
| Account No. **815429** | | | | | | | | | |
| **Triangle Fastener Corp** **4308 Solutions Center** **Chicago, IL 60677** | - | | | | | | | X | 2,762.26 |
| Account No. **COMMR** | | | | | | | | | |
| **Tyson Bolt & Supply** **PO Box 75339** **Tampa, FL 33605** | - | | | | | | | | 342.83 |
| Account No. **337827** | | | | | | | | | |
| **Unifirst Corp** **6010 E. Adamo Drive** **Tampa, FL 33619** | - | | | | | | | | 329.88 |
| Account No. **1053121** | | | | | | | | | |
| **United Rentals, Inc.** **PO Box 100711** **Atlanta, GA 30384** | - | | | | | | | | 238.58 |

Sheet no.  **17**  of  **19**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **3,725.10**

In re **Commercial Roofing Concepts, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Universal Engineering Svs.** **PO Box 917400** **Orlando, FL 32891** | - | | | | | | | | 975.00 |
| Account No. | | | | | | | | | |
| **Water-Tite Solutions, Inc.** **224 Crystal Grove Blvd.** **Lutz, FL 33548** | - | | | | | | | X | 11,850.00 |
| Account No. | | | | | | | | | |
| **Weathermakers Air Conditioni** **13955 SW 119th Avenue** **Miami, FL 33186** | - | | | | | | | | 95.00 |
| Account No. | | | | | 2005 Kenworth T800, 2005 K-Pac KP60 S/N3481 together with accessories | | | | |
| **Wells Fargo Equipment Financ** **733 Marquette Ave** **Suite 300** **MAC 9306-03** **Minneapolis, MN 55402** | - | | | | | | | | 6,000.00 |
| Account No. | | | | | Representing: Wells Fargo Equipment Financ | | | | |
| **Hillcrest Bank** **11111 West 95th Street** **Overland Park, KS 66214** | | | | | | | | | Notice Only |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **18,920.00**

In re  **Commercial Roofing Concepts, Inc.**                                     Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Window Sales Plus** **805 W. Hillsborough Ave.** **Tampa, FL 33603** | | | | | | | 602.50 |
| Account No. **1-3147822697** | | - | | | | | |
| **XM Satellite Radio** PO Box 9001399 Louisville, KY 40290 | | | | | | | 2.00 |
| Account No. **004000000071264** | | - | | | | | |
| **XO Communications** 14239 Collections Ctr Dr. Chicago, IL 60693 | | | | | | | 2,569.56 |
| Account No. **TA8735** | | - | | | | | |
| **Zeno Office Solutions, Inc.** PO Box 23687 Tampa, FL 33623 | | | | | | | 72.30 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 3,246.36 |
| Total (Report on Summary of Schedules) | 531,373.56 |

In re    **Commercial Roofing Concepts, Inc.**                 ,        Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Campbell Stainless Products**<br>**PO Box 248**<br>**Washington, PA 15301** | **commercial building lease** |
| **Marlin Leasing Corp**<br>**PO Box 13604**<br>**Philadelphia, PA 19101** | |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Commercial Roofing Concepts, Inc.**           ,      Case No. _____

                            Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Paul A. Murphy, Jr.**<br>**5316 E. Henry Avenue**<br>**Tampa, FL 33610** | **Colonial Bank**<br>**PO Box 830737**<br>**Birmingham, AL 35202** |
| **Paul A. Murphy, Jr.**<br>**5316 E. Henry Avenue**<br>**Tampa, FL 33610** | **Ford Credit**<br>**PO Box 105697**<br>**Atlanta, GA 30348** |
| **Paul A. Murphy, Sr.**<br>**5515 2nd Ave. Circle W**<br>**Palmetto, FL 34221** | **Colonial Bank**<br>**PO Box 830737**<br>**Birmingham, AL 35202** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re    **Commercial Roofing Concepts, Inc.**            Case No. _____

                                Debtor(s)        Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**35**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 21, 2010** _____       Signature    **/s/ Paul A. Murphy, Jr.** _____

                                                       **Paul A. Murphy, Jr.**

                                                       **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Commercial Roofing Concepts, Inc.**          Case No.

                                      Debtor(s)          Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$334,265.09** | **2010 YTD: Business Income** |
| **$3,415,325.59** | **2009: Business Income** |
| **$4,161,006.00** | **2008: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

               AMOUNT             SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Michael Davis** | 2/5/10, 2/8/10, 2/12/10, 2/19/10, 2/26/10, 3/12/10, 3/19/10, 3/26/10, 4/2/10, 4/9/10, 4/16/10, 4/23/10, 4/30/10, 5/7/10, | **$6,987.83** | **$0.00** |
| **Benjamin Garcia** | 2/5/10, 2/19/10, 2/26/10, 3/12/10, 3/19/10, 3/26/10, 4/2/10, 4/9/10, 4/16/10 | **$3,801.68** | **$0.00** |
| **Robert Gillentine** | 2/5, 2/8, 2/12, 2/19, 2/26, 3/5, 3/12, 3/19, 3/26, 4/2, 4/9, 4/16, 4/23, 4/30, 5/7, | **$11,029.99** | **$0.00** |
| **Wayne Gonzalez** | 2/5, 2/12, 2/19, 2/26, 3/5, 3/12, 3/19, 3/26, 4/2, 4/9, 4/16, 4/23, 4/30, 5/4, 5/7 | **$7,395.40** | **$0.00** |
| **Robert Harrison** | 2/5, 2/12, 2/19, 2/26, 3/5, 3/12, 3/19, 3/26, 4/2, 4/9, 4/23, 4/30, 5/7 | **$12,501.11** | **$0.00** |
| **Adrienne Martz** | 2/5, 2/12, 2/19, 2/26, 3/5, 3/12, 3/19, 3/26, 4/2, 4/9, 4/16, 4/23, 4/30, 5/7 | **$10,000.89** | **$0.00** |
| **Paul Robinette** | 2/5, 2/12, 2/19, 2/26, 3/5, 3/12, 3/19, 4/2, 4/9, 4/16, 4/23, 4/30, 5/7 | **$7,049.31** | **$0.00** |
| **Jose R. Cruz** | 2/5, 2/12, 2/19, 2/26, 3/1, 3/3, 3/5, 3/12, 3/19, 3/26, 4/2, 4/9, 4/16, | **$6,395.62** | **$0.00** |
| **Perez Gustavo** | 2/5, 2/19, 2/26, 3/12, 3/19, 3/26, 4/9, 4/16, | **$3,190.05** | **$0.00** |
| **James McKinzie** | 2/5, 2/12, 2/19, 2/26, 3/5, 3/12, 3/19, 3/26, 4/2, 4/9, 4/16, 4/23, 4/30, | **$3,874.02** | **$0.00** |
| **Christopher Newell** | 2/5, 2/8, 2/12, 2/19, 2/26, 3/5, 3/12, 3/19, 3/26, 4/2, 4/9, 4/16, 4/23, 4/30, 5/7, | **$4,956.51** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **James Terault** | **2/5, 2/8, 2/12, 2/19, 2/26, 3/12, 4/2, 4/8, 4/9, 4/16, 4/23, 5/7** | **$5,395.57** | **$0.00** |
| **Prospero Lopez Copto** | **2/5, 3/12, 3/19, 3/26, 4/2, 4/9, 4/16** | **$2,780.89** | **$0.00** |
| **Mark Caruthers Contracting** | **3/15** | **$4,197.50** | **$0.00** |
| **Refrigeration Construction Svs.** | **3/15** | **$12,640.01** | **$0.00** |
| **Absolute Fire Sprinklers of Orlando** <br> **P O Box 540451** <br> **Orlando, FL 32854** | **3/15** | **$5,000.00** | **$0.00** |
| **Fed Ex** <br> **PO Box 660481** <br> **Dallas, TX 75266** | **2/2, 4/5** | **$236.26** | **$0.00** |
| **First Bankcard** | **2/4, 2/17, 3/9, 3/24, 3/30, 4/6, 4/21** | **$11,622.34** | **$0.00** |
| **Auto-Owners Insurance** | **2/4, 2/26, 4/28** | **$19,495.21** | **$0.00** |
| **Humana Medical Plan** | **2/4, 2/25, 2/13** | **$6,887.04** | **$0.00** |
| **Flrodia UC Fund** | **2/5, 4/30** | **$4,525.85** | **$0.00** |
| **Expert Pay** | **2//5, 2/12, 2/19, 2/26, 3/5, 3/12, 3/26, 4/2, 4/9, 4/16** | **$1,644.24** | **$0.00** |
| **Internal Revenue Service** <br> **Atlanta, GA 39901** | **2/8, 2/19, 3/5, 3/12, 3/19, 3/26, 4/2, 4/9, 4/16, 4/23, 4/30, 5/7** | **$30,395.50** | **$0.00** |
| **TECO** | **2/17, 3/19, 4/21** | **$1,541.53** | **$0.00** |
| **Wright Express** | **3/2, 4/6** | **$13,717.76** | **$0.00** |
| **OMS Employer Services, LLC** <br> **PO Box 2** <br> **Lakeland, FL 33802** | **2/16, 3/18** | **$4,175.00** | **$0.00** |
| **Sprint** <br> **PO Box 660092** <br> **Dallas, TX 75266** | **2/5, 4/19** | **$4,078.20** | **$0.00** |
| **NAPA** | **2/3** | **$10.38** | **$0.00** |
| **Laura Sellati** | **2/5, 2/12, 2/19, 2/26, 3/5, 3/12, 3/19, 4/5, 4/9, 4/13, 4/23,** | **$600.00** | **$0.00** |
| **Sweetbay Supermarket** | **2/18, 3/18, 4/26** | **$36.82** | **$0.00** |
| **Metro Recycling** | **3/2, 3/5** | **$271.56** | **$0.00** |
| **Walgreens** | **3/4** | **$5.14** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Publix** | **4/20** | **$15.07** | **$0.00** |
| **Redneck Trailer Supplies** | **4/20** | **$11.24** | **$0.00** |
| **ABC Supply Company, Inc.**<br>**3801 Corporex Park Dr.**<br>**Suite 115**<br>**Tampa, FL 33619** | **2/17, 3/2** | **$15,494.86** | **$0.00** |
| **Appriver** | **2/1, 4/5** | **$495.00** | **$0.00** |
| **Ford Credit**<br>**PO Box 105697**<br>**Atlanta, GA 30348** | **2/1, 3/1, 3/3, 4/23,** | **$8,081.55** | **$134,724.63** |
| **Phoenix Sales, Inc.**<br>**1801 N. 52nd St.**<br>**Tampa, FL 33619** | **2/19, 3/29** | **$23,894.23** | **$119,408.17** |
| **BB&T** | **2/1** | **$3,460.67** | **$0.00** |
| **Sunbelt Rentals** | **2/2** | **$1,950.08** | **$0.00** |
| **Bartow Ford**<br>**PO Box 1700**<br>**Bartow, FL 33831** | **2/2** | **$1,666.67** | **$9,022.31** |
| **GMAC**<br>**PO Box 9001948**<br>**Louisville, KY 40290** | **2/2, 4/6,** | **$2,043.51** | **$58,182.26** |
| **Goodnews Real Estate** | **2/3** | **$2,700.00** | **$0.00** |
| **AT & T**<br>**PO Box 105262**<br>**Atlanta, GA 30348** | **2/5, 3/5, 3/9** | **$717.88** | **$392.48** |
| **Backup Solutions** | **2/5** | **$337.05** | **$0.00** |
| **Colonial Life** | **2/5, 3/9, 4/28** | **$196.52** | **$0.00** |
| **Mills Paskert Divers**<br>**Attorneys at Law**<br>**100 N. Tampa Street**<br>**Suite 2010**<br>**Tampa, FL 33602** | **2/5, 3/2,** | **$5,490.98** | **$13,871.35** |
| **XO Communications**<br>**14239 Collections Ctr Dr.**<br>**Chicago, IL 60693** | **2/5, 4/6** | **$4,164.62** | **$2,569.56** |
| **BEIC** | **2/4, 2/23, 3/29, 4/19** | **$13,427.56** | **$0.00** |
| **Sams Club**<br>**PO Box 9001907**<br>**Louisville, KY 40290** | **2/5, 4/16** | **$359.05** | **$35.00** |
| **International Manuf. Solutions** | **2/1, 4/6** | **$10,200.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Dunn Painting Corporation**<br>**9204 31st Street**<br>**Court E**<br>**Parrish, FL 34219** | **2/5, 3,17, 4/19** | **$4,079.24** | **$925.00** |
| **Miami Dade Clerk of Court** | **2/5** | **$31.03** | **$0.00** |
| **Miami Dade Bldg. Dept** | **2/5** | **$433.60** | **$0.00** |
| **Majestic Metals** | **2/5** | **$5,037.00** | **$0.00** |
| **Bradco Supply - Tampa**<br>**PO Box 281328**<br>**Atlanta, GA 30384** | **2/8, 2/18, 3/3, 3/5, 3/30** | **$15,084.28** | **$13,376.75** |
| **Sovereign Bank**<br>**2 Morrissey Boulevard**<br>**Boston, MA 02125** | **2/8, 2/26, 3/29** | **$7,241.31** | **$94,000.00** |
| **Tampa Metal Works, Inc.** | **2/4** | **$57.60** | **$0.00** |
| **Colonial Bank**<br>**PO Box 830737**<br>**Birmingham, AL 35202** | **2/3, 3/5, 4/1, 4/5,** | **$2,841.40** | **$8,245.73** |
| **Campbell Stainless Products**<br>**PO Box 248**<br>**Washington, PA 15301** | **2/10, 3/29, 5/6** | **$9,000.00** | **$33,000.00** |
| **Best Termite & Pest Control** | **2/10** | **$50.00** | **$0.00** |
| **Rag Man**<br>**PO Box 4743**<br>**Tampa, FL 33677** | **2/10, 4/6** | **$642.60** | **$321.00** |
| **Cintas Fire Protection** | **2/5, 3/9, 4/13** | **$220.14** | **$0.00** |
| **Nielson & Company, Inc.**<br>**8000 Governors Sq. Blvd.**<br>**#101**<br>**Hialeah, FL 33016** | **2/5, 3/30** | **$5,985.21** | **$101.00** |
| **Marion Garage Doors**<br>**1734 N. Magnolia Avenue**<br>**Ocala, FL 34475** | **2/15** | **$275.00** | **$300.00** |
| **Unifirst Corp**<br>**6010 E. Adamo Drive**<br>**Tampa, FL 33619** | **2/15, 3/3, 4/6,** | **$538.18** | **$329.88** |
| **King Printing & Graphics** | **2/1** | **$158.36** | **$0.00** |
| **Home Depot Credit Svs. Dept**<br>**PO Box 9055**<br>**Des Moines, IA 50368** | **2/15, 4/6** | **$4,296.80** | **$700.78** |
| **Metlife** | **2/15, 3/5, 4/19** | **$101.22** | **$0.00** |
| **Central Florida Finishers**<br>**735 Duncan Avenue**<br>**Kissimmee, FL 34744** | **2/15, 3/4, 4/1** | **$4,658.35** | **$794.58** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Clerk of Circuit Court**<br>**Lake County** | **2/16** | **$13.00** | **$0.00** |
| **Hewitt Enviornmental Systems**<br>**PO Box 490697**<br>**Leesburg, FL 34749** | **2/16** | **$4,625.00** | **$0.00** |
| **NGI Digital - Tampa**<br>**5005 W. Laurel**<br>**Suite 216**<br>**Tampa, FL 33607** | **2/18** | **$244.32** | **$337.00** |
| **Doug Belden Tax Collector**<br>**601 E. Kennedy Blvd**<br>**Tampa, FL 33602** | **2/18** | **$178.65** | **$0.00** |
| **Staples**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | **2/22, 4/16** | **$141.97** | **$117.09** |
| **HD Supply White Cap Const** | **2/22** | **$303.81** | **$0.00** |
| **Lincoln Welding & Fabricatio**<br>**19114 Forest Dr.**<br>**Odessa, FL 33556** | **2/22** | **$8,000.00** | **$4,703.86** |
| **Modern Paints of Tampa, Inc.**<br>**5324 Kelly Road**<br>**Tampa, FL 33615** | **2/22** | **$120.76** | **$205.42** |
| **Great America Leasing Corp**<br>**PO Box 609**<br>**Cedar Rapids, IA 52406** | **2/23, 3/29, 4/29** | **$1,950.00** | **$13,000.00** |
| **John Hancock Life Ins.**<br>**PO Box 0573**<br>**Carol Stream, IL 60132** | **2/23, 4/19,** | **$2,561.26** | **$84.00** |
| **Bay Area Auto Detailing** | **2/23, 2/24, 3/3, 3/31** | **$375.00** | **$0.00** |
| **Hillsborough Co BOCC** | **2/25, 3/24** | **$362.00** | **$0.00** |
| **Clerk of the Circuit Court - Tampa** | **2/25** | **$13.00** | **$0.00** |
| **Gulfeagle Supply**<br>**PO Box 116466**<br>**Atlanta, GA 30368** | **3/1. 3/3** | **$2,752.55** | **$1,185.64** |
| **Comcast** | **3/1** | **$128.81** | **$0.00** |
| **PNC Equipment Finance** | **3/2, 3/3,** | **$2,293.44** | **$0.00** |
| **United Site Services** | **3/3** | **$278.20** | **$0.00** |
| **Pitney Bowes**<br>**PO Box 856390**<br>**Louisville, KY 40285** | **3/3** | **$71.91** | **$0.00** |
| **The Structures Group** | **3/4** | **$700.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Emerge**<br>**180 2805 W. Busch Blvd**<br>**Suite 225**<br>**Tampa, FL 33618** | **3/5** | **$1,000.00** | **$2,000.00** |
| **Action Bolt and Tool Co**<br>**PO Box 10864**<br>**West Palm Beach, FL 33419** | **3/5** | **$2,532.65** | **$2,596.01** |
| **Richard Lee Reporting** | **3/5** | **$355.50** | **$0.00** |
| **A Tomassi Roof Testing** | **3/9, 4/5** | **$900.00** | **$0.00** |
| **Best Termite & Pest Control** | **3/9** | **$84.65** | **$0.00** |
| **Konica Minolta Bus. Sol.**<br>**Dept. AT 952823**<br>**Atlanta, GA 31192** | **3/9** | **$101.76** | **$388.10** |
| **Zephyrhills** | **3/9** | **$148.16** | **$0.00** |
| **City of Tampa Utilities** | **3/5** | **$35.34** | **$0.00** |
| **Broadway New & Used Tires**<br>**5804 E. Broadway Ave**<br>**Tampa, FL 33619** | **3/5** | **$601.34** | **$316.18** |
| **Eric Carbonell Permit Expediting** | **3/17** | **$335.47** | **$0.00** |
| **Southern Diesel** | **3/23** | **$650.00** | **$0.00** |
| **Coventry Health Care**<br>**PO Box 31644**<br>**Tampa, FL 33631** | **3/26, 4/9** | **$5,431.90** | **$2,183.68** |
| **Land Rover Capital Group**<br>**Dept. 193901**<br>**PO Box 55000**<br>**Detroit, MI 48255** | **3/29, 4/19** | **$3,018.16** | **$11,816.60** |
| **Good News Real Estate** | **3/30, 4/10** | **$3,500.00** | **$0.00** |
| **Triangle Fastener Corp**<br>**4308 Solutions Center**<br>**Chicago, IL 60677** | **3/30, 4/23** | **$352.47** | **$2,762.26** |
| **Concepts Building Systems**<br>**10423 SW 120th St.**<br>**Miami, FL 33176** | **4/1,** | **$1,165.25** | **$4,260.75** |
| **Heritage Propane Hillsboro**<br>**5307 E. Hanna Ave.**<br>**Tampa, FL 33610** | **4/9** | **$332.40** | **$388.27** |
| **Chouffan El** | **4/14** | **$90.00** | **$0.00** |
| **A & SK Bookkeeping** | **4/19** | **$75.00** | **$0.00** |

8| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **MSI** | **3/15** | **$250.00** | **$0.00** |
| **Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285** | **4/26** | **$50.00** | **$136.90** |
| **Norman & Bullington** | **5/6** | **$2,500.00** | **$0.00** |
| **Gene Smith** | **5/6** | **$250.00** | **$0.00** |

None ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Paul Murphy, Sr.** | **2/4, 2/5, 2/22, 2/23** | **$16,880.62** | **$0.00** |
| **Paul Murphy, Jr.** | **2/4, 3/3, 3/29, 4/20, 4/28** | **$13,600.00** | **$0.00** |
| **Commercial Roofing Concepts, Inc.** | **2/23, 2/24, 3/3, 3/4, 3/10, 3/18, 4/27** | **$65,774.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **GreatAmerican Leasing Corporation vs. Commercial Roofing Concepts, Inc. Case NO. LACV066700** | | **In the Iowa District Court in and for Linn County** | **Dismissed** |
| **Commercial Roofing Concepts, Inc. vs. Austin Investment Company Inc., Case NO. 07-28229, Division J** | | **In the County Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, Civil Division** | **Pending.** |
| **Commercial Roofing Concepts, Inc. vs. Southern Farms International US, INc., Case NO. 09-CC-01867, Division J** | | **In the County Court of the 13th Judicial Circuit, in and for Hillsborough County, Florida** | **Pending** |
| **One West Bank FSB vs. Commercial Roofing Concepts, Inc. et al, Case No. 2009-CA-038598** | | **In the Circuit Court of the 11th Judicial Circuit in and for Miami- Dade County, Florida** | **Pending** |
| **Wachova Bank, NA vs. First Class Parking Services Corp, et al, Case No. 09-93184-CA - 8** | | **In the Circuit Court of the 11th Judicial Circuit in and for Miami - Dade County, Florida,** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Commercial Roofing Concepts, Inc. vs. Property Services of America, Inc. Case NO. 09-CA-03535, Division G** | | **In the Cirucit Court of the 13th Judicial Circuit in and for Hillsborough County Florida** | **Pending** |
| **Bradco Supply Corporation vs. Commercial Roofing Concepts, Inc. Case No. 10003680CI011** | | **In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County Florida** | **Pending** |
| **Ashe Glass & Mirror, Inc. vs. Commercial Roofing Concepts, Inc., Case No. 09-CA-19035, Division D** | | **In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, State of Florida** | **Pending** |
| **Aeroturbine, Inc. vs. Commercial Roofing Concepts, INc., Case No. 09-95151 CA** | | **In the Circuit Court of the 13th Judicial Circuit, in and for Miami Dade County, Florida** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **totaled vehicle** | **auto insurance claim when vehicle was totaled in accident - Auto Owner's Insurance paid $56,000.00  2/2010** | **2/2010** |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Norman and Bullington, P.A.**<br>**1905 W. Kennedy Boulevard**<br>**Tampa, FL 33606** | | **$10,000.00** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Tampa Tank**<br><br>none | **April 2010** | **2003 Terex BT4792 Crane mounted on 2003 Sterline LT7501 Chassis sold for $94,000.00** |
| **Truck n Parts**<br><br>none | **1/2010** | **2005 Kennworth T800, 2005 K-Pac KP60 S/N3481 together with accessories** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **6400 E. Columbus Drive, Tampa, Florida** | **Debtor** | **1/2004 to 2007** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS             DATES SERVICES RENDERED

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME       ADDRESS        DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME              ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY     INVENTORY SUPERVISOR     DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY       NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS      NATURE OF INTEREST     PERCENTAGE OF INTEREST

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Paul A. Murphy, Sr.** | **Vice President** | **50%** |
| **Paul A. Murphy, Jr.** | **President** | **50%** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                          DATE AND PURPOSE                          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                OF WITHDRAWAL                            OR DESCRIPTION AND
                                                                               VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **May 21, 2010**                          Signature   **/s/ Paul A. Murphy, Jr.**
                                                             **Paul A. Murphy, Jr.**
                                                             **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Commercial Roofing Concepts, Inc.**            ,    Case No. _____

                                Debtor

Chapter                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Paul A. Murphy, Sr.** | **Common** | **50%** | |
| **Paul Murphy, Jr.** | **Common** | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 21, 2010**                   Signature  **/s/ Paul A. Murphy, Jr.**           

                                                        **Paul A. Murphy, Jr.**

                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    **Commercial Roofing Concepts, Inc.**        Case No. _____

                                                Debtor(s)       Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 21, 2010**                        **/s/ Paul A. Murphy, Jr.**

                                                   **Paul A. Murphy, Jr./President**
                                                   Signer/Title

Commercial Roofing Concepts, Inc.
5316 E. Henry Avenue
Tampa, FL 33610

Sheila D. Norman
Norman and Bullington, P.A.
1905 W. Kennedy Boulevard
Tampa, FL 33606

A-1 Fasteners, Inc.
1902 43rd Street North
Tampa, FL 33605

ABC Supply Company, Inc.
3801 Corporex Park Dr.
Suite 115
Tampa, FL 33619

Absolute Fire Sprinklers of
Orlando
P O Box 540451
Orlando, FL 32854

Action Bolt and Tool Co
PO Box 10864
West Palm Beach, FL 33419

ADT Security
PO Box 371967
Pittsburgh, PA 15250

American Roofing Ent. Inc.
21521 SW 99th Ct.
Miami, FL 33189

Arbon Equipment Corporation
6702 Benjamin Road, Ste. 500
Tampa, FL 33634

Ashe Glass & Mirror, Inc.
c/o Michael A. Hanson, Esq
2501 N. Orient Road, Ste. D
Tampa, FL 33619

Associates Agency, Inc.
PO Box 16190
Tampa, FL 33687

AT & T
PO Box 105262
Atlanta, GA 30348

Bartow Ford
PO Box 1700
Bartow, FL 33831

Beach Lake Fire Protection
19094 Treverton Lane
Brooksville, FL 34604

Bradco Supply - Tampa
PO Box 281328
Atlanta, GA 30384

Bridgestone Firestone
Diversified Product
PO Box 730096
Dallas, TX 75373

Broadway New & Used Tires
5804 E. Broadway Ave
Tampa, FL 33619

Broward County Tax Collector
PO Box 29009
Fort Lauderdale, FL 33301

Campbell Stainless Products
PO Box 248
Washington, PA 15301

Central Florida Finishers
735 Duncan Avenue
Kissimmee, FL 34744

Choice Enviornmental
POB xo 21626
Fort Lauderdale, FL 33335

Chris's Portable Toilets
PO Box 3389
Riverview, FL 33568

Colonial Bank
PO Box 830737
Birmingham, AL 35202

Concepts Building Systems
10423 SW 120th St.
Miami, FL 33176

County Line Auto Repair
4850 N. Powerline Road
Pompano Beach, FL 33073

Dave & Son's Refrigeration &
A/C Services
9601 N. Willow Ave
Tampa, FL 33612

Days Inn-Crystal River
2380 NW Highway 19
Crystal River, FL 34428

Dell Financial Services
PO Box 5292
Carol Stream, IL 60197

Fed Ex
PO Box 660481
Dallas, TX 75266

Gulfeagle Supply
PO Box 116466
Atlanta, GA 30368

Direct Fasteners & Tools
2083-2 N. Powerline Road
Pompano Beach, FL 33069

Ferman Chevrolet
9751 Adamo Drive
Tampa, FL 33619

Heritage Propane Hillsboro
5307 E. Hanna Ave.
Tampa, FL 33610

Doctor's Walk in Clinic
PO Box 22997
Tampa, FL 33622

Ford Credit
PO Box 105697
Atlanta, GA 30348

Hewitt Enviornmental Systems
PO Box 490697
Leesburg, FL 34749

Doug Belden Tax Collector
601 E. Kennedy Blvd
Tampa, FL 33602

Frank H. Furman, Inc.
PO Box 1927
Pompano Beach, FL 33061

Hillcrest Bank
11111 West 95th Street
Overland Park, KS 66214

Dumpster King, Inc.
770 NW 10th Terrace
Stuart, FL 34994

GC Stanley, Inc.
310 Executive Boulevard
Leesburg, FL 34748

Hillsborough Co Fire Marshal
PO Box 310398
Tampa, FL 33680

Dunn Painting Corporation
9204 31st Street
Court E
Parrish, FL 34219

GCR Tampa Tire Center
6310 Adamo Drive
Tampa, FL 33619

Home Depot Credit Svs. Dept
PO Box 9055
Des Moines, IA 50368

Durolast Roofing, Inc.
1942 Reliable Parkway
Chicago, IL 60686

GMAC
PO Box 9001948
Louisville, KY 40290

James R. Betts, Esquire
710 S. Boulevard
Tampa, FL 33606

EEI Security
PO Box 17849
Tampa, FL 33682

Graybar
4010 W. Osborne Ave.
PO Box 3210
Tampa, FL 33601

Jan-Pro of Tampa Bay
6302 E. MLK, Jr. Blvd.
Suite 490
Tampa, FL 33619

Emerge
180 2805 W. Busch Blvd
Suite 225
Tampa, FL 33618

Great America Leasing Corp
PO Box 609
Cedar Rapids, IA 52406

John Hancock Life Ins.
PO Box 0573
Carol Stream, IL 60132

Konica Minolta Bus. Sol.
Dept. AT 952823
Atlanta, GA 31192

Modern Paints of Tampa, Inc.
5324 Kelly Road
Tampa, FL 33615

OMS Staff Solutions
PO Box 2
Lakeland, FL 33802

Land Rover Capital Group
Dept. 193901
PO Box 55000
Detroit, MI 48255

N.B. Handy Company
PO Box 11258
Lynchburg, VA 24506

Paragon Developement Group
PO Box 1328
Plant City, FL 33564

Leonard D. Marsocci, CPA
3815 W. Humphrey St
Ste. 101
Tampa, FL 33614

National City Commercial Cap
995 Dalton Avenue
Cincinnati, OH 45203

Paul A. Murphy, Jr.
5316 E. Henry Avenue
Tampa, FL 33610

Lincoln Welding & Fabricatio
19114 Forest Dr.
Odessa, FL 33556

National Cleaning Systems
PO Box 9562
Fort Lauderdale, FL 33310

Paul A. Murphy, Sr.
5515 2nd Ave. Circle W
Palmetto, FL 34221

Marion Garage Doors
1734 N. Magnolia Avenue
Ocala, FL 34475

NB Handy
PO Box 601357
Charlotte, NC 28260

Performance Roof Systems, In
Attn: Barb Kunkel
4800 Blue Parkway
Kansas City, MO 64130

Marlin Leasing Corp
PO Box 13604
Philadelphia, PA 19101

NGI Digital - Tampa
5005 W. Laurel
Suite 216
Tampa, FL 33607

Phoenix Sales, Inc.
1801 N. 52nd St.
Tampa, FL 33619

Mike Jones Printing
4692 N. Powerline Rd
Pompano Beach, FL 33073

Nielson & Company, Inc.
8000 Governors Sq. Blvd.
#101
Hialeah, FL 33016

PSI, Inc.
16707 Collections Center Dr
Chicago, IL 60693

Mills Paskert Divers
Attorneys at Law
100 N. Tampa Street
Suite 2010
Tampa, FL 33602

Oaklander Primary Med Assoc
311 S. Cypress Road
Pompano Beach, FL 33060

Purchase Power
PO Box 856042
Louisville, KY 40285

Mixon, Inc.
10118 Woodberry Rd
Tampa, FL 33619

OMS Employer Services, LLC
PO Box 2
Lakeland, FL 33802

Rag Man
PO Box 4743
Tampa, FL 33677

Refigeration Construction Se
422 Hobbs Street
Tampa, FL 33619

Republic Powered Metals
PO Box 931111
Cleveland, OH 44193

Republic Waste Services
5210 W. Linebaugh Ave
Tampa, FL 33624

Rightclick of Brandon
4317 Arley Place
Valrico, FL 33594

Robert E. Burguieres, Esq.
1701 ML King Street North
Saint Petersburg, FL 33704

Ross Plumbing
930 Thomas Ave
Suite 1
Leesburg, FL 34748

Sams Club
PO Box 9001907
Louisville, KY 40290

SikaSarnafil
3483 Satellite Blvd.
Suite 315S
Duluth, GA 30096

SoFla Voice and Data, Inc.
950 S. Pine Island Road
Fort Lauderdale, FL 33324

Sovereign Bank
2 Morrissey Boulevard
Boston, MA 02125

Sprint
PO Box 4181
Carol Stream, IL 60197

Stan Weaver & Co.
4607 N. Cortez Ave.
Tampa, FL 33614

Staples
PO Box 689020
Des Moines, IA 50368

Sun-Sentinel
PO Box 100621
Atlanta, GA 30384

Suncoast Roofers Supply
14212 N. Nebraska Ave
Tampa, FL 33613

Tamco Electric, Inc.
PO Box 15044
Tampa, FL 33684

Tire Kingdom
PO Box 406010
Atlanta, GA 30384

Triangle Fastener Corp
4308 Solutions Center
Chicago, IL 60677

Tyson Bolt & Supply
PO Box 75339
Tampa, FL 33605

Unifirst Corp
6010 E. Adamo Drive
Tampa, FL 33619

United Rentals, Inc.
PO Box 100711
Atlanta, GA 30384

Universal Engineering Svs.
PO Box 917400
Orlando, FL 32891

Water-Tite Solutions, Inc.
224 Crystal Grove Blvd.
Lutz, FL 33548

Weathermakers Air Conditioni
13955 SW 119th Avenue
Miami, FL 33186

Wells Fargo Equipment Financ
733 Marquette Ave
Suite 300
MAC 9306-03
Minneapolis, MN 55402

Window Sales Plus
805 W. Hillsborough Ave.
Tampa, FL 33603

XM Satellite Radio
PO Box 9001399
Louisville, KY 40290

XO  Communications
14239 Collections  Ctr  Dr.
Chicago, IL 60693


Zeno  Office  Solutions,  Inc.
PO  Box  23687
Tampa, FL 33623

# United States Bankruptcy Court
## Middle District of Florida

In re    **Commercial Roofing Concepts, Inc.**            Case No. _____

                                        Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | 10,000.00 |
   | Prior to the filing of this statement I have received | $ | 10,000.00 |
   | Balance Due | $ | 0.00 |

2. $ __1,039.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 21, 2010**                   **/s/ Sheila D. Norman**

                                                 **Sheila D. Norman**
                                                   **Norman and Bullington, P.A.**
                                                   **1905 W. Kennedy Boulevard**
                                                   **Tampa, FL 33606**
                                                   **813-251-6666**
                                                   **sheila@normanandbullington.com**

# United States Bankruptcy Court
## Middle District of Florida

In re    **Commercial Roofing Concepts, Inc.**          Case No.

                                          Debtor(s)          Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Commercial Roofing Concepts, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

| | |
|---|---|
| **May 21, 2010** | **/s/ Sheila D. Norman** |
| Date | **Sheila D. Norman** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Commercial Roofing Concepts, Inc.** |
| | **Norman and Bullington, P.A.** |
| | **1905 W. Kennedy Boulevard** |
| | **Tampa, FL 33606** |
| | **813-251-6666** |
| | **sheila@normanandbullington.com** |